473 A.2d 1015

**Richard SIMONETTI, a Minor, by his Parent and Natural Guardian, Alberta SIMONETTI, and Alberta Simonetti, in her own right, Appellant,**

v.

**SCHOOL DISTRICT OF PHILADELPHIA.**

Supreme Court of Pennsylvania.

Argued April 13, 1984.

Decided April 16, 1984.

Jerome H. Ellis, Keith A. Pesto, Philadelphia, for appellant.

James M. Marsh, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.